```
REGNO..: 11171-010  NAME: MALONE, CODY JAMES
                    RESP OF: MNA
                    PHONE..: 850-526-2313   FAX: 850-718-2014
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  34
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 03-05-2038                     PAR HEAR DT:
```

**Attachment 2**

**Page 1 of 3**

```
G0002        MORE PAGES TO FOLLOW . . .
```

**Attachment 2**
**Page 2 of 3**

```
REGNO..: 11171-010 NAME: MALONE, CODY JAMES
              RESP OF: MNA
              PHONE..: 850-526-2313    FAX: 850-718-2014
HOME DETENTION ELIGIBILITY DATE: 09-05-2037

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-05-2038 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: ARKANSAS, WESTERN DISTRICT
DOCKET NUMBER..................: 5:12CR50050-001
JUDGE..........................: HENDREN
DATE SENTENCED/PROBATION IMPOSED: 03-29-2013
DATE COMMITTED.................: 08-08-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00         $00.00           $25,000.00    $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  512      18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2251(A) AND (E) USED,PERSUADED,INDUCED,ENTICED, AND COERCED
         A MINOR TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT FOR THE PURPOSE
         OF PRODUCING A VISUAL DEPICTION.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: 360 MONTHS
 TERM OF SUPERVISION............:      15 YEARS
 DATE OF OFFENSE................: 08-23-2012




G0002         MORE PAGES TO FOLLOW . . .
```

**Attachment 2**

**Page 3 of 3**

```
REGNO..: 11171-010 NAME: MALONE, CODY JAMES

               RESP OF: MNA
               PHONE..: 850-526-2313   FAX: 850-718-2014
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-18-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-18-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-29-2013
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     30 YEARS
EARLIEST DATE OF OFFENSE........: 08-23-2012

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-27-2012   06-30-2012
                                    07-06-2012   03-28-2013

TOTAL PRIOR CREDIT TIME.........: 270
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1579
TOTAL GCT EARNED................: 391
STATUTORY RELEASE DATE PROJECTED: 03-05-2038
ELDERLY OFFENDER TWO THIRDS DATE: 07-02-2032
EXPIRATION FULL TERM DATE.......: 07-01-2042
TIME SERVED.....................:      8 YEARS     10 MONTHS       5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  29.4
PERCENT OF STATUTORY TERM SERVED:  34.4

PROJECTED SATISFACTION DATE.....: 03-05-2038
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```