## IN THE UNITED STATES DISTRICT COURT
## FOR THENORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CODY JAMES MALONE,**
**Reg. No. 76696-004,**

      **Petitioner,**

**v.**                                          **Case No.: 5:21cv38-TKW-EMT**

**WARDEN W.E. MACKELBURG,**
**FCI MARIANNA,**

      **Respondent.**
_____/


## RESPONDENT"S CORRECTED EXHIBIT 3

      COMES NOW Respondent and files the attached Incident Report as a

corrected Exhibit 3 to his response of June 7, 2021 (Doc. 13).  A second

copy of the DHO Report was originally filed in error as Exhibit 3.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/S Lennard B. Register, III*
LENNARD B. REGISTER, III
Assistant United States Attorney
Florida Bar No. 264970
21 East Garden Street, Ste. 400
Pensacola, FL 32502
(850) 444-4000
len.register@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH N.D. FLA. LOC. R. 7.1(F)

I hereby certify that this filing complies with the word limitation set

forth in N.D. Fla. Loc. R. 7.1(F). This filing contains 44 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2021, the foregoing was

filed electronically with the Clerk of the Court using the CM/ECF filing

system and that a true copy has been furnished by U.S. mail to Cody

James Malone, Reg. No. 11171-010, FCI Mariana, PO Box 7007,

Marianna, FL32447-7007.

*/s Lennard B. Register, III*
LENNARD B. REGISTER, III
Assistant United States Attorney