BP-A0288
JAN 17

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

## Part I – Incident Report

| # | Field | Value |
|---|---|---|
| 1 | Institution | FCC Yazoo City, MS |
|   | Incident Report Number | 3352967 |
| 2 | Inmate's Name | Malone, Cody James |
| 3 | Register Number | 11171-010 |
| 4 | Date of Incident | Prior to 12-17-2019 |
| 5 | Time | 1:08 p.m. |
| 6 | Place of Incident | Education |
| 7 | Assignment | Unassigned |
| 8 | Unit | N-A |
| 9 | Incident | Disruptive Conduct Most Like Manufacturing/Possession of a Hazardous Tool |
| 10 | Prohibited Act Code(s) | 199 ML 108 |

11. Description of Incident (Date: 01-15-2020  Time: 12:50PM.  Staff became aware of incident):

On January 15, 2020, at approximately 12:50 PM., I, SIS, M. Del Valle, became aware SIS investigation YAP-20-0012, was complete. This investigation determined inmate Malone, Cody James, Reg. No 11171-010, had manufactured an unauthorized file and/or possessed the code to utilize a manufactured file within the I-Connect BOP Education Network System. Specifically, a security scan conducted by the BOP Information Technology Department revealed multiple inmates' user profiles contained unauthorized files within the I-Connect system, including shortcut files, .html files, script files, and/or application files. The discovery of these files on inmate user profiles revealed these inmates had circumvented (hacked) the I-Connect system security programming and created and/or utilized unauthorized files.

12. Typed Name/Signature of Reporting Employee: M. Del Valle /SIS
13. Date And Time: 01-15-2020 1:00PM
14. Incident Report Delivered to Above Inmate By (Type Name/Signature): C Foreman
15. Date Incident Report Delivered: 1/15/2020
16. Time Incident Report Delivered: 6:24 PM

## Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
   - Committed the Prohibited Act as charged:
   - Did not Commit a Prohibited Act.
   - Committed Prohibited Act Code (s). _____

   B. The Committee is referring the Charge(s) to the DHO for further Hearing.
   
   C. The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): 
Member (Typed Name):
Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

Prescribed by P5270                                Replaces BP-A0288 of AUG 11

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

**INCIDENT REPORT** CDFRM

FEDERAL BUREAU OF PRISONS

| Inmate's Name: **MALONE, CODY** | Register Number: **11171-010** | Incident Report Number: **3352967** |
|---|---|---|

### Part II – Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**

Inmate Malone #11171-010 was read and advised of his rights and stated that he understood them. He received a copy of the incident report. Inmate Malone did not make any comment.

**18. A. It is the finding of the committee that you:**

____ Committed the Prohibited Act as charged.
____ Did not Commit a Prohibited Act.
____ Committed Prohibited Act Code(s)

B. __X__ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of Its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**
Based on the seriousness of the Incident Report, it is being referred to the DHO.

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):**
The UDC recommends Inmate Malone #11171-010, receives the appropriate sanctions by the DHO as it relates to the prohibited act.

**21. Date And Time of Action** 01/17/20   10:27am   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceeding.)

R. DRUMMOND / *[signature]*
Chairman (Typed Name/Signature)          Member (Typed name)          Member (Typed name)

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.
DISTRIBUTE: ORIGINAL-Central File record; COPY-1-DHO; COPY-2-Inmate After UDC Action: COPY-3-Inmate within 24 hours of Part I Preparation

Prescribed by P5270                                        Replaces BP-S288.052 Of AUG 11

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

INCIDENT REPORT CDFRM

FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| MALONE, CODY | 11171-010 | 3352967 |

| Part III – Investigation | 22. Date and Time Investigation Began |
|---|---|
| | 01-15-2020/6:24PM |

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By Lt. C. FOREMAN_____, At (Date/Time) 01-15-2020/6:24PM

24. Inmate statement and attitude

Inmate MALONE, CODY Reg. No. 11171-010 was advised of his rights in English and stated that he understood his rights as they were read to him.

Inmate MALONE, CODY Reg. No. 11171-010 was positively identified and the incident report was read to him by this investigator.

Inmate MALONE, CODY Reg. No. 11171-010 was given a copy of this incident report.

Inmate MALONE, CODY Reg. No. 11171-010 displayed a fair attitude during this investigation.

Inmate MALONE, CODY Reg. No. 11171-010 stated, "NO COMMENT".

Inmate MALONE, CODY Reg. No. 11171-010 displayed a fair attitude during this investigation.

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

Inmate MALONE, CODY Reg. No. 11171-010 was afforded the opportunity to call witnesses and declined to do so at this time.

26. Investigator's comments and conclusions

Based on the information in section 11 of this incident report, it appears the charge is warranted.

27. Action taken

**This report has been referred to UDC for further disposition of this incident report and any subsequent sanction(s).**

Date and Time Investigation Completed ___01-15-2020/ 6:25PM_____.

Printed Name/Signature of Investigator  C. FOREMAN/_____. Title ___Lieutenant___